**THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**ASHEVILLE DIVISION**
**CIVIL CASE NO. 1:18-cv-00032-MR-DLH**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **SETH N. LACKEY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte.*

This action was filed on February 12, 2018. [Doc. 1]. The docket indicates that the Defendant was served with a Waiver of Service, which he executed on March 9, 2018 and returned to the Court. [Doc. 3]. As of the date of this Order, however, the Defendant has yet to file an answer, and the Plaintiff appears to have made no effort to prosecute this action further against the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant. **The Plaintiff is**

**advised that failure to take further action against the Defendant will result in the dismissal of this case.**

**IT IS SO ORDERED.**    Signed: May 22, 2018

Martin Reidinger
United States District Judge